IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTHUR J. MINOR., ET AL.,

**Plaintiff,**

v.

E & G ELECTRIC, HEATING & COOLING, INC., and
GEORGE RODGERS, President of E & G ELECTRIC
HEATING & COOLING, INC,

**Defendants.**                                              No. 05-CV-0110-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' September 22, 2005 motion for partial summary judgment (Doc 14). Specifically, Plaintiffs contend that they are entitled to partial summary judgment under Sections 502 and 515 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § § 1132 and 1145 ("ERISA"); Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185 ("LMRA"); and the Labor Agreement between Southwestern Illinois Division-Illinois Chapter National Electrical Contractors ("NECA") and International Brotherhood of Electrical Workers Local 309 ("Local 309). As of this date, none of the Defendants has filed a response to the motion. Pursuant to **LOCAL RULE 7.1(c)**, the Court considers this failure to respond an admission of the merits of the motion.[1]

---

[1] **LOCAL RULE 7.1(c)** provides in part: "An adverse party shall have **thirty (30)** days after the service (*see* FED. R. CIV. P. 6) of the movant's motion in which to serve and file an answering brief. Failure to timely file an answering brief to a motion may, in the court's discretion, be

Thus, the Court finds that Plaintiffs are entitled to partial summary judgment against Defendants.  The Court **ORDERS** that Defendants pay Plaintiffs $18,898.96 in unpaid contributions together with interest and liquidated damages in an amount to be calculated by Plaintiffs; that Defendants pay Plaintiffs $87.19 in interest and $295.44 in liquidated damages on late-paid contributions for the period from May 2005 through July 2005; and that Defendants pay Plaintiffs their attorneys' fees and costs in pursuing the collection of unpaid contributions owed by Defendants.  These costs are to be determined upon Plaintiffs submitting a statement of their reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Signed this 26th day of October, 2005.

/s/            David RHerndon
**United States District Judge**

---

considered an admission of the merits of the motion."