UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ARTHUR J. MINOR., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  05-110 DRH |
| ) | |
| E & G ELECTRIC,  HEATING & COOLING, INC., and ) | |
| GEORGE RODGERS, President of E & G ELECTRIC ) | |
| HEATING & COOLING, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' submission of their calculation of interest and liquidated damages on $18,898.96 in contributions owed by Defendants E & G Electric,  Heating & Cooling, Inc., and George Rodgers.  After having carefully reviewed the pleadings,

IT IS HEREBY ORDERED that Defendants pay Plaintiffs $3,032.50 in interest and $4,640.25 in liquidated damages in addition to the $18,898.96 in contributions and $87.19 in interest and $295.44 in liquidated damages awarded in the Court's Orders of October 26, 2005 and November 1, 2005.

Dated this 4th day of November, 2005.


/s/        David RHerndon
United States District Judge