UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ARTHUR J. MINOR., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  05-110 DRH |
| ) | |
| E & G ELECTRIC,  HEATING & COOLING, INC., and ) | |
| GEORGE RODGERS, President of E & G ELECTRIC ) | |
| HEATING & COOLING, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' application for attorneys' fees and costs.  After having carefully reviewed the pleadings,

IT IS HEREBY ORDERED that Defendants pay Plaintiffs' attorneys' fees of $8,439.00 and costs and expenses of $376.09.

Dated this 4th day of November, 2005.


/s/         David RHerndon
United States District Judge