IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR J. MINOR, ET AL.,**

      **Plaintiffs,**

      -vs-                                         No. 05-CV-110-DRH

**E & G ELECTRIC, HEATING & COOLING,
INC., and GEORGE RODGERS, President of
E & G ELECTRIC, HEATING & COOLING, INC.,**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs' motion is **GRANTED**. Judgment is entered in favor of Plaintiffs Arthur Minor, Jr., Dale Theis, Christopher Hankins, Don Highley, Ken Keeney, Daniel Warning, Scott Hassall, Irvin Nicholson, Chris Weir, Billie Fuchs, Sandra Warning, Robert Snell, Local 309 Vacation Trust Fund, Michael Maxwell, Joshua Wiegers, Jeff Kleinschmidt, Larry Glaenzer, Greg Fowler, Local 309 IBEW Income Security Fund, Jeremiah O'Connor, D. R. Borden, Jr., Daryl Boswell, Richard Cunningham, John Williams, Gene Clinton, David Conder, Steve Wilson, National Electrical Contractors Association, Southwestern Illinois Division Illinois Chapter and Local 309 International Brotherhood of Electrical Workers AFL-CIO and against Defendants E & G Electric, Heating & Cooling, Inc., and George Rodgers, President of E & G Electric, Heating & Cooling, Inc. in the sum of $18,898.96 in contributions, $2,254.47 in interest, $3,215.01 in liquidated damages, $87.19 in interest and $295.44 in liquidated damages on

late-paid contributions for the period from May 2005 through July 2005, $8,439.00 for attorneys' fees and $376.09 in costs and expenses.

**NORBERT G. JAWORSKI, CLERK**

November 15, 2005                         By:  s/Patricia Brown
                                                        Deputy Clerk

APPROVED: /s/  David RHerndon
                  **U.S. DISTRICT JUDGE**